IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE A. SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 13-CV-0679-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ENTRY OF APPEARANCE**

Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jungmin Lee, Special Assistant United States Attorney for said District, hereby enter their appearance on behalf of the United States, replacing all counsel from this office who have previously appeared for the United States.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*s // Jungmin Lee*
JUNGMIN LEE
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone: (618) 628-3700
E-mail:  Jungmin.Lee@usdoj.gov

*Certificate of Service*

I hereby certify that on July 17, 2013, I caused to be electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system and by placing in the U.S. Mail to:

Tyrone A. Smith
Reg. # 09650-025
Terre Haute USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47801

                                                 Respectfully submitted,

                                                 STEPHEN R. WIGGINTON
                                                 United States Attorney

                                                 *s / Jungmin Lee*
                                                 JUNGMIN LEE
                                                 Special Assistant United States Attorney
                                                 Nine Executive Drive
                                                 Fairview Heights, IL 62208
                                                 Phone: (618) 628-3700
                                                 Fax: (618) 628-3730
                                                 E-mail: jungmin.lee@usdoj.gov